# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3885EM

_____

| | | |
|---|---|---|
| Lorne Lei Wray, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Mr. Anthony M. Ross; Mrs. Anthony | * | |
| M. Ross; State of Missouri, Franklin | * | |
| County; Missouri Department of | * | |
| Mental Health; Missouri Public | * | |
| Defender Commission, Franklin | * | |
| County; St. Louis Psychiatric | * | |
| Rehabilitation Center; William | * | On Appeal from the United |
| Lampros; Joan Ross; Roberta Gardine, | * | States District Court |
| CEO; Allen Blake, Asst. CEO; John | * | for the Eastern District |
| Rabon, Dr.; Richard Scott, Dr.; Ashok | * | of Missouri. |
| Mallaya, Dr.; Ron Scharer, RN; Ally | * | |
| Burr Harris; Alphonso Menotti, Dr.; | * | [Not To Be Published] |
| Gwen Portwood; Antonio Gesmundo, | * | |
| Dr.; Robert Steele; Beverly Buscemi; | * | |
| Karol Keil; Mario Carrerz, Dr.; Nicol | * | |
| Ross; Mr. Charles McClung; Mrs. | * | |
| Charles McClung; Unknown Ladd, | * | |
| Criminal Judge of Franklin County, | * | |
| Presiding in December 1997; Country | * | |
| Club Hills Police Department; Franklin | * | |
| County Sheriff's Department; Thomas | * | |
| Johnson; Marian Brown, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  April 2, 2001

Filed:  May 18, 2001
_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.
_____

PER CURIAM.

Lorne Wray, who was committed to the St. Louis Psychiatric Rehabilitation Center after his plea of not guilty to charged criminal conduct by reason of insanity, appeals the District Court's[1] 28 U.S.C. § 1915(e)(2)(B) dismissal of his 42 U.S.C. § 1983 complaint. The District Court did not err.  Wray failed to state a section 1983 claim against any of the defendants, and he cannot attack the fact or duration of his confinement in a section 1983 complaint.  His remedy, in the first instance, must be to apply to a state court for release under Mo. Rev. Stat. § 552.040(5).  See Kolocotronis v. Holcomb, 925 F.2d 278 (8th Cir. 1991).

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.